No. 12–5322. VICKERMAN v. BIXLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5323. WILLIAMS v. VAUGHN, DISTRICT ATTORNEY, LEHIGH COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5324. ANDERSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–5325. BROWN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–5326. GONZALEZ-TREJO ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5327. HOLLIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5328. HAND v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 12–5329. MILES v. PERSSON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–5330. POULLARD v. ST. AMANT ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 12–5331. VU HOANG NGUYEN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5335. RENTERIA-VAZQUEZ, AKA RENTERIA, AKA GARCIA, AKA RENTERIA-VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5337. GONZALEZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5340. CLEVELAND ET UX. v. OKLAHOMA. Sup. Ct. Okla. Certiorari denied.